| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, COLORADO<br><br>Court Address:<br><br>7325 S. Potomac Street<br>Centennial, CO 80112 | DATE FILED: June 13, 2018 5:03 PM<br>FILING ID: 74C76481AB355<br>CASE NUMBER: 2018CV31407 |
| **Plaintiff:**<br><br>CRAIG HOSPITAL, a Colorado non-profit corporation,<br><br>v.<br><br>**Defendant:**<br><br>AETNA HEALTH, INC., a Pennsylvania corporation, COVENTRY HEALTH AND LIFE INSURANCE COMPANY, a Missouri corporation, and COVENTRY HEALTHCARE OF KANSAS, INC., a Kansas corporation. | ▲ COURT USE ONLY ▲<br><br>Case Number:<br><br>Div.: |
| Attorney for Plaintiff:<br>R. Craig Ewing<br>EWING LAW PC<br>7175 W. Jefferson Ave., Suite 1200<br>Lakewood, CO 80235<br>Telephone Number 303 566 9968<br>Facsimile Number 720 302 0300<br>Email: rcraigewing@gmail.com<br>Attorney Registration # 10189 | |

## COMPLAINT AND JURY DEMAND

The Plaintiff, Craig Hospital, by and through its attorney, Ewing Law PC, and for its Complaint and Jury Demand alleges and avers as follows:

### JURISDICTION AND VENUE

1. Plaintiff Craig Hospital is a Colorado non-profit corporation with a principal place of business located at 3425 S. Clarkson Street, Englewood, Colorado 80113 in Arapahoe County.

2. Defendant Aetna Health, Inc. ("Aetna") is a Pennsylvania corporation with a principal place of business located at 1425 Union Meeting Road, Blue Bell,

Pennsylvania 19422. The principal office mailing address is 151 Farmington Avenue, RW61, Hartford, Connecticut 06156.

3. Aetna's registered agent for service of process is The Corporation Company, 7700 E. Arapahoe Road, Suite 220, Centennial, Colorado 80112-1268.

4. According to the Colorado Secretary of State's website, Aetna does business in Colorado.

5. Defendant Coventry Health and Life Insurance Company ("Coventry") is a Missouri corporation with a principle place of business located at 6702B Rockledge Drive, Suite 700, Bethesda, Maryland 20817. Coventry's principal office mailing address is 151 Farmington Avenue, RW61, Hartford, Connecticut 06156.

6. Coventry's registered agent for service of process is the Division of Insurance, 1560 Broadway, Denver, Colorado 80202.

7. According to the Colorado Secretary of State's website, Coventry does business in Colorado.

8. Defendant Coventry Healthcare of Kansas ("CoventryKS") is a Kansas corporation with a principal place of business located at 151 Farmington Avenue, RW61, Hartford, Connecticut 06156.

9. CoventryKS's registered agent for service of process is The Corporation Company, Inc. 112 SW 7th Street, Suite 3C, Topeka, KS 66603.

10. Upon information and belief, CoventryKS is a subsidiary and/or affiliates of Aetna. This Court has personal jurisdiction over CoventryKS under the agency theory of personal jurisdiction. This Court also has jurisdiction over CoventyKS pursuant to C.R.S. § 13-1-124(a) and (d).

11. This is an action for breach of contract and violation of C.R.S. §10-3-1115.

12. Venue is proper according to C.R.C.P. 98(c)(1) because Aetna may be found in Arapahoe County since it can be served in Arapahoe County.

**GENERAL ALLEGATIONS**

13. All preceding allegations are fully incorporated herein by reference.

14. On or about April 8, 2015, Patient[1] experienced tingling, and hot and cold in Patient's upper extremities. Patient suffered a hemorrhage at C2 to C4 that rendered Patient a C2 Asia impairment scale A tetraplegic.

15. Patient was admitted to Craig Hospital on or about May 15, 2015.

16. On or about May 18, 2015, Aetna, on behalf of itself and its affiliates (Coventry and CoventryKS), entered into a Negotiated Letter of Agreement ("Agreement") with Craig Hospital that allowed Defendants a discount on the medical services provided to Patient.

17. The Agreement contained a Rehabilitation Hospital Services and Compensation Schedule that included a rate for "Med-sur-gy/2 Bed" that was to be billed using revenue code 121.

18. On or about July 27, 2015, Patient had surgery to place diaphragmatic pacer.

19. The surgery referenced in the preceding paragraph was preauthorized by Defendant(s) on or about July 24, 2015.

20. On or about September 23, 2015, Craig Hospital billed Defendants for Patient's surgery.

21. On or about October 14, 2015, Defendants issued a partial payment to Craig Hospital. The payment did not include payment for Patient's surgery.

22. Craig Hospital contacted CoventryKS on multiple occasions by telephone in an effort to get Defendants to process the claim for date of service July 27, 2015 correctly.

23. Craig Hospital submitted a provider appeal regarding the partial payment on or about June 23, 2016.

24. Defendants denied Craig Hospital's appeal on or about December 6, 2016.

25. Defendants have refused to issue payment to Craig Hospital for the surgery at the contracted rate despite multiple attempts to communicate with them after December 6, 2016.

---

[1] To protect Patient's privacy, we are not disclosing his/her name. Patient's member ID is 90578882104.

## FIRST CLAIM FOR RELIEF – BREACH OF CONTRACT
*Against all Defendants*

26. All preceding allegations are fully incorporated herein by reference.

27. As noted above, Aetna on behalf of itself and its affiliates (Coventry and CoventryKS, entered into an Agreement that addressed payment for Patient's care at Craig Hospital.

28. The Agreement states, in relevant part, as follows:

*Company and provider hereby acknowledge that the specific services and/rates set forth in the Services and Compensation Schedule attached hereto and made a part hereof (the "Schedule") are agreed upon by the parties for the purpose of providing Services to the Member.*

29. The title of the schedule is "Rehabilitation Hospital Services and Compensation Schedule and included a rate for "Med-sur-gy/2 Bed" using revenue code 121.

30. Craig Hospital provided medical, surgical and rehabilitation care to Patient with the expectation of receiving payment for Patient's care pursuant to the terms of the Agreement.

31. Craig Hospital billed Defendants for Patient's surgery using revenue code 121.

32. The surgeon who performed the surgery obtained preauthorization for the same from Defendants.

33. Defendants breached the Agreement by failing to issue payment to Craig Hospital pursuant to the terms of the Agreement.

34. As a result of Defendants' breach of the Agreement, Craig Hospital suffered monetary damages.

## SECOND CLAIM FOR RELIEF – VIOLATION OF C.R.S. § 10-3-1115
*Against all Defendants*

35. All preceding allegations are fully incorporated herein by reference.

36. C.R.S. § 10-3-1115 prohibits a person engaged in the business of insurance from unreasonably delaying or denying payment of a claim.


...


37. By virtue of the Agreement, Plaintiff is a "first party claimant" because it is a participating provider as defined by C.R.S. § 10-16-102(46). C.R.S. § 10-16-102(46) defines a "participating provider" as a provider, either within or outside of Colorado, that under a contract with a carrier or with its contractor or subcontractor, has agreed to provide health care services to covered persons with the expectation of receiving payment, other than coinsurance, copayments or deductibles, directly or indirectly from the carrier.

38. Defendants are engaged in the business of insurance.

39. As noted above, Craig Hospital and Defendants entered into an Agreement wherein Craig Hospital provided services to Patient with an expectation of receiving payment from Defendants.

40. Craig Hospital has not been fully paid for the services provided to Patient.

41. Defendants' delay and/or denial of payment to Craig Hospital is unreasonable given the Agreement.

42. Craig Hospital is entitled to recover two times the covered benefit, reasonable attorney's fees and costs from Defendants pursuant to C.R.S. § 10-3-1116 for unreasonably delaying and/or denying payment of the claims submitted by Plaintiff for the professional services rendered to Patient.

## JURY DEMAND

Plaintiff demands a jury trial on all issues triable by a jury.

WHEREFORE Plaintiff Craig Hospital respectfully prays for entry of judgement in its favor and against Defendants on all matters asserted in this Complaint and Jury Demand; compensatory damages as permitted by law; attorney's fees; interest as permitted by law; expert witness fees; costs; penalties and interest pursuant to C.R.S. § 10-16106.5; attorney's fees, costs and two times the covered benefit pursuant to C.R.S. § 10-3-1116 and such other and further relief as the Court deems just and proper.

Dated this 13th day of June 2018.

EWING LAW PC

/s R. Craig Ewing

R. Craig Ewing, #10189
ATTORNEYS FOR PLAINTIFF

Address of the Plaintiff:

3425 S. Clarkson Street
Englewood, CO 80113